## PURCHASE CONTRACT
## R.V. WORLD INC. OF NOKOMIS
2110 N. Tamiami Trail (U.S. 41)
NOKOMIS, FLORIDA 34275
PHONE (941) 966-2182

DATE 05/31/20 2007

PURCHASER'S NAME: DUANE T BURNS / KEVIN LEE HENAULT
(PRINT OR TYPE)
ADDRESS: 6204 32ND AVE E
CITY: BRADENTON    STATE: FL    ZIP: 34208-    CO: MANATEE
RES. PHONE: (941) 745-3538    BUS. PHONE: (941) 812-3841

PLEASE ENTER MY ORDER FOR ONE
- [x] MOTOR HOME
- [ ] TRAILER
- [ ] CAR
- [ ] TRUCK

THE FOLLOWING VEHICLE MAY BE BUILT ON A PRIOR YEAR CHASSIS

| YEAR | MAKE | MODEL OR SERIES | BODY TYPE | COLOR BND/CH | ODOMETER READING | STOCK NO |
|---|---|---|---|---|---|---|
| 2007 | VECTRA | 1015 | | | | 25 |

VIN: 4UZACFCY27CY85473
TO BE DELIVERED ON OR ABOUT: 05/31/20 07

| | |
|---|---|
| TOTAL SALES PRICE | 232,000.00 |
| EXTRA OPTIONS | N/A |

NEW: This vehicle comes with a manufacturer's warranty. Please review the written warranty that comes with your new purchase. RV's and boats must be brought to the warranty repair center when requesting warranty repairs. I acknowledge receipt of The Consumer's Guide to the Florida Lemon Law.
Signed: [signature]

USED: This vehicle sold "AS IS." No express or implied warranty or verbal agreement or representation will be binding! The purchaser to pay all costs of repairs after delivery.
signed:

| | | |
|---|---|---|
| TOTAL | | 232,000.00 |
| GROSS TRADE ALLOWANCE | | N/A |
| CASH DIFFERENCE | | 232,000.00 |
| STARTER KIT | | 59.95 |
| PRE-DELIVERY SERVICES | | 399.95 |
| POLLUTANT FEE  New Only  Tires___ Batteries___ | | 519.00 |
| 1% COUNTY TAX | | 25.00 |
| FLORIDA SALES TAX | | 13,945.49 |
| APPROX. TAG & TITLE (C.O.D.) BAL | Payoff $0.00 | 237.00 |
| TOTAL PURCHASE PRICE | | 246,685.39 |
| TRADE PAYOFF | | N/A |
| DEPOSIT | | 20,000.00 |
| BALANCE DUE | | 226,685.39 |
| MISCELLANEOUS WARRANTIES | | N/A |
| AMOUNT FINANCED | | 226,685.39 |
| BALANCE DUE | | N/A |

*This charge represents cost and profits to the dealer for items such as inspecting, cleaning and adjusting vehicles and preparing documents relating to the sale.

DESCRIPTION OF TRADE-IN    SIZE ___ X ___
MAKE ___  MODEL & YEAR ___  COLOR ___
CHASSIS MAKE ___  SERIAL NO ___  ODOMETER READING ___
AMOUNT OWING, TO WHOM ___

**CASHIER'S CHECK ONLY UPON DELIVERY**

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. A PURCHASER SHALL NOT BE ABLE TO RECOVER FROM THE DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, DAMAGES FOR LOSS OF TIME, DAMAGES FOR LOSS OF PROFIT OR INCOME OR ANY OTHER INCIDENTAL DAMAGES.

The front and back of this order comprise the entire and final agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit has been extended to me for the purchase of this vehicle except as appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as part of this order the same as if it were printed above my signature. I certify that I am of legal age, and hereby acknowledge receipt of a copy of this order.

**THIS ORDER IS NOT A BINDING CONTRACT UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE**

I certify that I am 18 years or older and hereby acknowledge receipt of a copy of this order

SALESMAN: LEWIS BRIGHAM    PURCHASER: [signature]
                                            DUANE T BURNS
APPROVED ___
THIS ORDER NOT VALID UNLESS SIGNED AND ACCEPTED BY AN OFFICER OR MANAGER OF THE COMPANY.    PURCHASER: [signature]
Tod Richi Printing - Venice, Florida                   KEVIN LEE HENAULT

Exhibit B

## ADDITIONAL TERMS AND CONDITIONS

It is further understood and agreed:

The order on the reverse side hereof is subject to the following terms and conditions, all of which have been mutually agreed upon.

1. In the event the transaction referred to in this order is not a cash transaction, either before or at the time of delivery of the vehicle, trailer, mobilehome, or vehicle ordered, and in accordance with the terms and conditions of payment indicated on the face of this order, I will execute a retail installment contract, security agreement, or such other form of agreement as may be required by law. Title to said equipment shall remain in your name until the agreed purchase price therefore is paid in full in cash, or a time payment contract has been executed, and accepted by a bank or finance company.

2. CONDITION OF TRADE-IN, PAYOFF. I agree to deliver the original bill of sale or the title to any used car, trailer, mobilehome, or vehicle traded-in as partial payment along with the delivery of the said property to your premises, and do warrant that such car, trailer, mobilehome, or vehicle traded-in to be my property, free and clear of all liens and encumbrances except as otherwise noted on the face of this agreement. I warrant that all repairs and taxes of every kind levied against the used vehicle or property traded-in have been paid. Should any third party levy or claim a lien or demand on or against such used vehicle, you may at your option pay the same, and I agree to reimburse the amount thereof immediately upon demand, or you may, at your option, add such amount to the sales contract covering new or used vehicle being purchased or ordered herein with the same effect as though originally included therein. Any payoff information received by you in connection with this transaction is subject to verification at a later date. Any incorrect information or adjustments to the payoff regarding actual amounts due on a vehicle traded-in will be my responsibility, and I will immediately reimburse you for any additional payoff amount.

3. LICENSING OF TRADE-IN. If the property traded in is registered in any other place other than the state of Florida, or not registered in my name, I agree to immediately secure registration for such vehicle, sign any documents, and to pay any and all expenses, taxes and registration fees incidental thereto. Should you assume, or be put to, any expense in connection with such registration, I will pay you the amount thereof on demand or you may add, at your option, the same to the sales contract covering the vehicle purchased or ordered herein with the same effect as though originally included therein.

4. REAPPRAISAL. If the used car, trailer, mobilehome, vehicle or other property is not delivered to you at the time of the original appraisal, and if later, on its delivery it appears to you there have been misrepresentations, changes made in furnishings or accessories thereof, or in its general physical condition, you shall then have the right to make a reappraisal. This later appraisal value will then determine the allowance to be made for such used car, trailer, mobilehome, vehicle or other property.

5. FORFEITURE OF DEPOSIT. Upon my failure or refusal to complete said purchase within 30 days of contract date, or any agreed extension thereof, for any reason (other than cancellation on account of increase in price) the cash deposit may have such portion of it retained as will reimburse you for expenses and other losses including attorney fees occasioned by my failure to complete said purchase. In the event the car, trailer, mobilehome, vehicle or other property has been taken in trade, I hereby authorize you to sell said property at public or private sale, and to deduct from the proceeds thereof a sum equal to the expenses and losses incurred or suffered, by you by reason of my failure to complete the transaction. You shall have all rights of a seller, upon breach of contract, under the Uniform Commercial Code.

6. DISCLAIMER OF FUTURE CHANGES. The manufacturer has the right to make any changes in the model, or the designs or any accessories, parts and standard and optional equipment of any new vehicle, at any time, without creating an obligation on the part of either me, you or the manufacturer, to make corresponding changes in the purchased vehicle described and covered by this order before, or subsequent to, delivery of such equipment to you.

7. DELAYS. You shall not be liable for delays caused by the manufacturer, suppliers, accidents, strikes, fire or any other cause beyond your control.

8. TAXES. The price for the car, trailer, mobilehome, vehicle or other property on the face of this contract includes reimbursement of Federal excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume (Federal, State or Local) unless expressly so stated. I assume and agree to pay, unless prohibited by law, any such sales, use or occupational taxes imposed on or applicable to the transaction covered by this contract, regardless of which party may have primary tax liability thereof.

9. EXCLUSION OF WARRANTIES. I UNDERSTAND THAT THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER WARRANTIES EXPRESS OR IMPLIED ARE EXCLUDED BY YOU FROM THIS TRANSACTION AND SHALL NOT APPLY TO THE GOODS SOLD. I UNDERSTAND THAT YOU MAKE NO WARRANTIES WHATSOEVER REGARDING THE UNIT OR ANY APPLIANCE OR COMPONENT CONTAINED THEREIN, EXCEPT THAT MAY BE REQUIRED UNDER APPLICABLE STATE LAW. DEALER HAS MADE NO AFFIRMATION OF FACT AND HAS MADE NO PROMISE RELATING TO THE GOODS BEING SOLD THAT HAS BECOME ANY BASIS OF THE BARGAIN.

10. MANUFACTURES WARRANTIES. I UNDERSTAND THAT THERE MAY BE WRITTEN WARRANTIES COVERING THE UNIT PURCHASED, OR ANY APPLIANCES(S), OR COMPONENTS(S), WHICH HAVE BEEN PROVIDED BY THE MANUFACTURER OF THE UNIT OR MANUFACTURER OF THE APPLIANCES(S), OR COMPONENTS(S). YOU WILL GIVE ME COPIES OF WRITTEN WARRANTIES SUPPLIED TO YOU BY THE MANUFACTURE. DELIVERY BY YOU TO ME OF THE WARRANTY BY THE MANUFACTURER OF THE UNIT PURCHASED, OR ANY APPLIANCES OR COMPONENTS DOES NOT MEAN YOU ADOPT THE WARRANTY(S) OF SUCH MANUFACTURER(S). I ACKNOWLEDGE THAT THE EXPRESS WARRANTIES MADE BY THE MANUFACTURERS(S) HAVE NOT BEEN MADE BY YOU EVEN IF THEY SAY YOU MADE THEM OR SAY YOU MADE SOME OTHER EXPRESS WARRANTY. YOU ARE NOT AN AGENT OF THE MANUFACTURER(S) FOR WARRANTY PURPOSES EVEN IF YOU COMPLETE OR ATTEMPT TO COMPLETE REPAIRS FOR THE MANUFACTURER(S). YOU DO NOT WARRANT THE CORRECTNESS OF THE SPEEDOMETER READING, MILEAGE, YEAR OF MANUFACTURER, MODEL OR VEHICLE, MODEL OR YEAR OF THE CHASSIS.

11. LIMITATION OF DAMAGES. IF THE MANUFACTURER(S) WARRANTY IS LIMITED TO REPAIR OR REPLACEMENT AND SUCH WARRANTY FAILS BECAUSE ATTEMPTED REPAIRS ARE NOT COMPLETED WITHIN A REASONABLE TIME OR THE MANUFACTURER(S) HAS (HAVE) GONE OUT OF BUSINESS. I AGREE THAT IF I AM ENTITLED TO ANY DAMAGES AT ALL AGAINST YOU, MY DAMAGES ARE LIMITED TO THE LESSOR OF EITHER THE COST OF NEEDED REPAIRS OR REDUCTION IN THE MARKET VALUE OF THE UNIT CAUSED BY THE LACK OF REPAIRS. IN ANY CASE, YOU WILL NOT BE REQUIRED TO PAY ME ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES. I ALSO AGREE THAT ONCE I HAVE ACCEPTED THE UNIT, EVEN THOUGH THE MANUFACTURER(S) WARRANTY DOES NOT ACCOMPLISH ITS PURPOSE, I CANNOT RETURN THE UNIT TO YOU AND SEEK A REFUND FOR ANY REASON.

12. INSURANCE. I understand that I am not covered by insurance on the unit purchased until coverage is accepted by an insurance company, and I agree to hold you harmless from any and all claims due to loss or damage prior to acceptance of insurance coverage by an insurance company. I understand it is my responsibility to arrange for insurance coverage.

13. CONTROLLING LAW AND ARBITRATION AGREEMENT. In the event of any dispute, claim, question or disagreement arising from or relating to this agreement or the breach thereof, the parties hereto shall use their best efforts to settle the dispute, claim, question, or disagreement. To this effect they shall consult and negotiate with each other in good faith and recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both parties. If they do not reach such a solution within a period of 60 days, then, upon notice by either party to the other, all disputes, claims, questions, or differences shall be finally settled by binding arbitration administered by the American Arbitration Association in accordance with the provisions of its Commercial Arbitration Rules.

The party requesting arbitration shall pay the initial filing costs. The place of arbitration shall be Sarasota County, FL. This agreement shall be governed by the laws of the state of Florida.

The prevailing party shall be entitled to an award of its costs incurred, including reasonable attorney fees. The arbitrators will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute.

Except as may be required by law, neither party nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of both parties.

14. ONE-YEAR PERIOD OF LIMITATION. I understand and agree that if either of us should breach this contract, the other of us shall have only one year after the occurrence of that breach, in which to commence an action for a breach of this contract.

15. IF PART INVALID REST OF CONTRACT SAVED. You and I agree that each portion of this contract is independent and if any paragraph or provision violates the law and is unenforceable, the rest of the contract will be valid. This contract is binding on our heirs, successors and assigns.

16. INDEMNIFICATION. I understand and agree that as between the dealer and myself, I am solely responsible for the loss of, or any damages sustained by the above referenced motor vehicle regardless of cause of fault, after the time I take possession of said motor vehicle.

17. ATTORNEYS' FEES. In the event of any claim or dispute arising under this agreement, I agree to pay all of your costs and expenses (including reasonable attorney fees, whether from negotiation, trial, appellate, bankruptcy or other services) incurred by you in connection with such dispute or claim.

THIS AGREEMENT CONTAINS THE ENTIRE AND FINAL UNDERSTANDING BETWEEN US AND NO OTHER REPRESENTATION OR INDUCEMENT, VERBAL OR WRITTEN HAS BEEN MADE WHICH IS NOT SET FORTH HEREIN.