# SECTION 1
# INTRODUCTION

## 2007 NEW VEHICLE LIMITED WARRANTY
## WINNEBAGO INDUSTRIES, INC.



### WARRANTY COVERAGE TO OWNER

Winnebago Industries, Inc. of Forest City, Iowa, ("Winnebago") warrants each new Winnebago and Itasca recreational motor home to the owner for use in the U.S.A. and Canada as follows:

### BASIC LIMITED WARRANTY

### WINNEBAGO'S RESPONSIBILITY

Any part of the vehicle subject to this warranty that is found to be defective in material or workmanship under normal use and maintenance will be repaired or replaced at Winnebago's option without charge to the customer for parts or labor upon notice of the defect.

### WARRANTY PERIOD

The basic Warranty Period is 12 months or 15,000 miles (24,135 kilometers), on the odometer, whichever occurs first. The Warranty Period for all coverages begins on the date the vehicle is delivered to the first retail purchaser or first placed in service as a demonstrator or company vehicle.

### ONLY WARRANTY

This limited warranty is the only warranty made or authorized by Winnebago. Winnebago makes no other promises, representations or warranties concerning the vehicle or other matters set forth herein. Winnebago does not authorize any person to create for it any other obligations or liability in connection with this vehicle.

### DEALER'S REPRESENTATIONS EXCLUDED

Winnebago shall not be bound by any undertaking, representation, or warranty made by any dealers selling its product to any purchaser of its products.

### EXCLUSIVE REMEDY

THE PERFORMANCE OF REPAIRS IS THE EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY OR ANY IMPLIED WARRANTY. ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THIS VEHICLE ARISING BY WAY OF STATE LAW IS LIMITED IN DURATION TO THE DURATION OF THIS WRITTEN WARRANTY AS HEREINBEFORE OR HEREINAFTER PROVIDED.

### LIMITATION ON LIABILITY

WINNEBAGO SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM BREACH OF THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY. SUCH DAMAGES INCLUDE, BUT ARE NOT LIMITED TO, LOSS OF TIME, INCONVENIENCE, OR OTHER CONSEQUENTIAL DAMAGE INCLUDING EXPENSE FOR GASOLINE, TELEPHONE, TRAVEL, LODGING, LOSS OR DAMAGE TO PERSONAL PROPERTY, OR LOSS OF REVENUE.
Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### ITEMS NOT SUBJECT TO WARRANTY COVERAGE

Chassis, drivetrain and related components*
Wheels*
Tires*
Any other part or component covered by a written warranty issued by its manufacturer*
Service Items, such as Windshield Wiper Blades, Lubricants, Fluids & Filters
Adjustments

*These items are covered under the manufacturer's individual warranty.

### ADDITIONAL EQUIPMENT NOT COVERED

Winnebago cannot and does not accept any responsibility in connection with any of its motor homes for additional equipment or accessories installed at any dealership or other place of business, or by any other party other than Winnebago. Such installation of equipment or accessories by any other party will not be covered by the terms of this warranty.

### 36 MONTH/36,000 MILE STRUCTURAL WARRANTY

At the expiration of the Basic Coverage and for the remainder of the period of 36 months or 36,000 miles (57,924 kilometers), on the odometer, whichever occurs first, Winnebago Industries warrants the following:

1. Structural defects of the subfloor, floor, and slide-out room assembly. Floor lamination failure and lamination failure of the subfloor panels and risers are covered by the structural warranty.
2. Body Thermo-Panel® Lamination of the sidewalls and backwall against delamination. Body Thermo-Panel® Lamination is the bonding of the exterior skin and the interior paneling to an insulating core material. Delamination (separation of layers) caused by other factors such as physical damage or failed sealants is not covered by this warranty.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

Also, this warranty shall not apply to failures, damage or malfunctions resulting from normal wear, misuse, abuse, negligence, alteration, accident, fire, improper repair of the vehicle or failure to follow recommended maintenance requirements.

### OWNER'S RESPONSIBILITY-CARE AND MAINTENANCE

It is the owner's responsibility to perform the care, maintenance and proper load distribution described in the operator's manual which accompanies your motor home. Any damage which results to your vehicle as a result of your failure to perform such duties, is not covered.

Damage to appearance items such as fiberglass, metal, paint, fabrics and trim, may occur during manufacturing or transporting. Normally, any factory defect or damage is corrected at the factory. In addition, dealers are obligated to inspect each vehicle upon delivery to them and prior to delivery to you. You should also immediately inspect appearance items and advise your selling dealer of any discrepancies. Damage and normal deterioration due to use and exposure is not covered by this warranty.

*Exhibit C*

# SECTION 1
# INTRODUCTION



### OBTAINING WARRANTY REPAIRS

While any Winnebago Industries motor home dealer can perform warranty service, we recommend you return to the dealership that sold you your vehicle. If you are touring or have moved, contact any Winnebago Industries motor home dealer in the United States or Canada for warranty service.

If a part of the system covered by this limited warranty fails to function or requires service during the warranty period:

1. Promptly take the vehicle to the selling dealer for repair or inspection.
2. Written notice of defects must be given to the selling dealer and manufacturer.
3. If the dealer is incapable of making the repairs, request that he contact Winnebago Industries, Inc.
4. If, after the above steps are completed and the repair is not made, the customer should contact Winnebago Industries, Inc., 605 West Crystal Lake Road, P.O. Box 152, Forest City, Iowa 50436, Attention: Owner Relations Department (800-537-1885) and furnish the following information:
    - The complete serial number of the vehicle
    - Date of retail purchase
    - Selling dealer's name
    - Nature of the service problem, and a brief explanation of the steps or service the dealer has performed, and the results obtained. The customer may be directed to another dealer or service center for repairs to be completed, if such a dealer or service center is better able to complete the repair.

Winnebago Industries may, at its option, request the vehicle be returned to Forest City, Iowa for repair. If the customer refuses to allow repairs to be performed at the Forest City, Iowa facility, the warranty on that repair will be voided.

5. If after the above steps are completed and the repairs are not satisfactory, the customer may contact the Service Administration Manager of Winnebago Industries, and request a customer relations board meeting to resolve the problem. This action, however, is not mandatory.
6. Certain components are covered by warranties provided by individual component manufacturers. Please refer to the component's information supplied in the vehicle's InfoCase.

### COMMENCEMENT OF ACTIONS

Any action for breach of The Basic Limited or Structural Warranty or any implied warranty shall be commenced within one-year after expiration of the warranty.

### CHANGES IN DESIGN

Winnebago Industries, Inc. reserves the right to make changes in design and changes or improvements upon its products without imposing any obligation upon itself to install the same upon its products theretofore manufactured.

### NEW YORK:

If your motor home has been repaired three or more times for the same nonconformity, defect, or condition, or if your motor home has been out of service by reason of repair for twenty-one days, Section 198-a of the General Business Law of the State of New York requires you to provide written notice by certified mail, return receipt requested, to Winnebago Industries or its authorized dealer before making any claim under that section of the law. If you do have problems with your motor home, you should provide written notice to Winnebago Industries at the following address:

> Winnebago Industries, Inc.
> 605 West Crystal Lake Road
> P.O. Box 152
> Forest City, Iowa 50436
>
> Attn: Owner Relations

### CALIFORNIA:

Winnebago Industries participates in the Consumer Arbitration Program for Recreation Vehicles (CAP-RV). This third-party dispute resolution program is available, at no charge to you, to settle unresolved warranty disputes for recreational vehicles. This dispute resolution program reviews eligible product and service related complaints involving warranty covered components.

To find out more about the program, or to request an application/brochure, please call the Arbitration Administration office toll-free 800-279-5343.

The CAP-RV program operates as a certified mechanism under the review of the California Arbitration Certification Program. You must utilize the arbitration program before claiming rights conferred by 15 USC section 2310 (Uniform Commercial Code) or Civil Code section 1793.22(b) (Tanner Consumer Protection Act). You are not required to use the program if you choose to seek redress by pursuing rights and remedies not created by those laws.

0306